UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIA DOZ,<br><br>  Plaintiff,<br><br>v.<br><br>STEPHEN P. DANIUK,<br><br>  Defendant. | Docket No.:<br><br><br>**05 - 11829 RWZ** |

### MOTION OF PLAINTIFF JULIA DOZ TO CONSOLIDATE

1.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiff Julia Doz ("Doz") hereby moves to consolidate this action for all purposes with Steven [*sic*] P. Daniuk v. Julia Doz, Civil Action No. 05CV166PH, a virtually identical action brought originally in the York County, Maine, Superior Court and removed to the United States District Court for the District of Maine by Doz.

### BACKGROUND

2.  Daniuk filed an action for declaratory judgment in York County, Maine, Superior Court on July 8, 2005, asserting personal jurisdiction over Doz, his 80-year old mother, who resides in Boston, Massachusetts, and at all relevant times resided in Massachusetts.

3.  On September 1, 2005, Doz filed a Notice of Removal of the state action to the United States District Court in Maine under docket number 05CV166PH.

4.  On this date, Doz filed an action for declaratory judgment against Daniuk virtually identical to the action pending in the District of Maine.

5. As Doz is elderly, as Daniuk is subject to personal jurisdiction in the Commonwealth of Massachusetts, Doz hereby moves to consolidate the two cases into one action in the District of Massachusetts.

6. In support of her Motion, the Plaintiff relies on the supporting affidavits of George Morancy and herself, attached hereto as Exhibit "1" and Exhibit "2," respectively.

## CONCLUSION

7. For the foregoing reasons, Doz respectfully requests that this Court consolidate this action for all purposes with 05CV166PH.

RESPECTFULLY SUBMITTED,

_____
Glen Hannington, Esquire
Law Offices of Glen Hannington
One Longfellow Place, Suite 3409
Boston, MA 02114
Telephone: 617-725-2828
Facsimile: 781-821-6262
E-Mail: glenhannington@aol.com
Attorney for the Plaintiff

## AFFIDAVIT OF GEORGE MORANCY

I, George Morancy, do hereby depose and say that:

1. My name is George Morancy and I am an attorney at law with a business address of 416 West Broadway in South Boston, Massachusetts.
2. In late March, 2005, my client, Julia Doz, met with me and showed me a letter to her from Bradley M. Lown, an attorney representing Mrs. Doz's son, Stephen Daniuk. This letter demanded that Mrs. Doz "sign the necessary documents to list, sell and transfer" certain real estate jointly owned by Mrs. Doz and Mr. Daniuk located in the State of Maine. See Exhibit "A," attached.
3. Attorney Lown's letter was not a request and threatened Mrs. Doz with "an appropriate action in a Maine court to force [her] to do so." Attorney Lown's letter continued by threatening to assess "all attorneys feeds incurred" to Mrs. Doz if she refused to acquiesce to his demands.
4. While Attorney Lown's letter did advise Mrs. Doz to retain legal counsel, it is my belief that the purpose and effect of Attorney Lown's letter was to unduly intimidate Mrs. Doz, who is over 80 years of age, particularly since it threatened court action in a foreign jurisdiction.
5. During the first week in July, 2005, after Mrs. Doz conveyed her interest in the property with the majority of the proceeds being placed in escrow, Attorney Lown and I discussed, during a telephone conversation, meeting, accompanied by our clients, in order to negotiate an equitable distribution of those proceeds.
6. At this time, Attorney Lown advised me that he would be going on vacation for approximately four weeks and that we should plan on meeting some time in August for negotiations. If these negotiations did not produce a settlement, Attorney Lown suggested, we would "let the court decide."
7. On or about July 8, 2005, Attorney Lown's secretary telephoned and advised me that Attorney Lown had filed an action in a Maine court and asked if I would accept service. Stunned, I expressed my disappointment to Attorney Lown's secretary and initially agreed to accept service.
8. After receiving a copy of the action, filed on July 8, 2005, I decided not to accept service since I was not admitted to practice in Maine and could not answer the complaint. I returned Attorney Lown's mailing with a cover letter informing him of such.
9. Attorney Lown's pre-emptive filing in a Maine court came as a complete surprise to me and my client, was inconsistent with all written and oral conversations to that point between me and Attorney Lown, and put my client at a great disadvantage since it was attended by an answer deadline in a foreign jurisdiction in which her attorney of record was not admitted to practice.

Signed under the pains and penalties of perjury this 30th day of August, 2005.

George Morancy
Adams & Morancy, P.C.
416 West Broadway
South Boston, MA 02127

## AFFIDAVIT OF JULIA DOZ

I, Julia Doz, do hereby depose and say that:

1. my name is Julia Doz and I reside at 3 Bayside Street in Dorchester (Boston), Massachusetts;
2. on July 29, 2005, I was served with a summons and copy of a petition for declaratory judgment filed by Attorney Bradley M. Lown, the attorney representing my son, Steven P. Daniuk;
3. this action was filed by Attorney Lown in the Superior Court for York County, Maine, located at 45 Kennebunk Road in Alfred, Maine;
4. this action relates to monetary proceeds from the sale of real property which have no fixed location;
5. the courthouse in Alfred, Maine, is located a distance of 99.42 miles from my home, according to MapQuest, Inc. ("MapQuest");
6. I do not own a motor vehicle, do not drive, and rely upon public transportation or friends when I travel;
7. I was born on April 22, 1925, and am over 80 years of age;
8. it would be a great inconvenience, as well as physically taxing, for me to continue to travel between my home and Maine for proceedings related to this lawsuit;
9. the United States District Court in Boston is located 6.07 miles from my home, according to Mapquest;
10. I fear for my physical well-being because of the stress related to this lawsuit coupled with the strain of frequently traveling such a great distance.

Signed under the pains and penalties of perjury this 29th day of August, 2005.

*Julia Doz*
Julia Doz