COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPERIOR COURT DEPARTMENT
                                                CIVIL ACTION NO. 05-11829RWZ

JULIA DOZ,                )
    Plaintiff         )
                          )
VS.                       )
                          )
STEVEN P. DANIUK,         )
    Defendant         )

PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Now comes the plaintiff, Julia Doz, and respectfully requests a Protective Order through her attorney for the following reasons.

There is a Superior Court action in the York County Superior Court in Alfred, Maine, entitled Steven P. Daniuk v. Julia Doz, Docket No. ALFSC-CV-2005-00212. There is also this present action, Julia Doz v. Steven P. Daniuk, Docket No. 05-11829RWZ. The Maine Superior Court case was removed by successor counsel to the United States District Court in Portland, Maine. Upon Motion of the plaintiff, Steven P. Daniuk, in said United States District Court in Portland, Maine, the Court allowed the plaintiff's Motion to remand to the State Court stating that it was not done timely due to original service issues. The defendant in the Maine Court, Julia Doz, has been given up until on or about November 20, 2005, to file an Answer in the Maine State Court. At present, Julia Doz, has not retained a Maine attorney and wishes to be protected from any prejudicial hearings in the Maine State Superior Court. The action filed in Boston is of like issues, however, the defendant, Steven P. Daniuk, is of unknown whereabouts and Mr. Daniuk's attorney will not accept service of the Boston action.

*Denied*

*[signature]*
*11/15/05*

2

Wherefore, the plaintiff, Julia Doz, in the Boston case prays that this Honorable Court issue a Protective Order prohibiting any further action in the Maine State Court until service can be made in the Boston action and then hear a Motion to Consolidate the two cases to/in Boston.

PLAINTIFF, JULIA DOZ

By her Attorney,

_____
Glen Hannington
LAW OFFICES OF GLEN HANNINGTON
One Longfellow Place, Suite 3409
Boston, Massachusetts 02114
TEL#: 617-725-2828
BBO#: 635925

2