UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************************
Julia Doz,                       *
                                 *   Docket No. 05-11829 RWZ
            Plaintiff            *
vs.                              *
                                 *
Stephen Daniuk,                  *
                                 *
            Defendant.           *
*********************************
```

## MOTION TO ADMIT PRO HAC VICE

R.Bradford Bailey, Attorney, hereby moves this Honorable Court for an order permitting Bradley M. Lown of the law office of Coughlin, Rainboth, Murphy & Lown, of Portsmouth, New Hampshire to appear Pro Hac Vice as attorney in this action. The grounds for the motion are that:

1.  R. Bradford Bailey, of the firm of Denner Associates, P.C. is duly licensed to practice in the Commonwealth of Massachusetts and before this Honorable Court. He is also licensed to practice law in the State of New York and is admitted to practice in the United States Court of Appeals for the First Circuit. He has been a member in good standing before the Bar of this Court since 1991.

2.  Stephen P. Daniuk, defendant, has selected Bradley M. Lown as his attorney based upon his past assistance to Mr. Daniuk and his assessment that, as an experienced attorney, Bradley M. Lown will adequately represent his interests.

3.  If Bradley M. Lown is allowed to appear in this matter, he would do so under the auspices and supervision of R. Bradford Bailey.

4.  As explained in the attached Affidavits of R.Bradford Bailey and Bradley M. Lown:

    a.  Bradley M. Lown of the office of Coughlin, Rainboth, Murphy & Lown, PA has an office at 439 Middle Street, Portsmouth New Hampshire 03801.

    b.  Bradley M. Lown is sponsored to be admitted for the purpose of representing the defendant in this case by R.Bradford Bailey of Denner Associates, whose local bar number is 549749.

    c.  Bradley M. Lown has not applied to appear in any actions in the state or federal courts located in the Commonwealth of Massachusetts within the past two years.

    d.  Bradley M. Lown is licensed to practice in the State of New Hampshire and the State of Maine and is a member in good standing of the bar of the U.S. District Court, District of

New Hampshire, and the U.S. District Court, District of Maine and the First Circuit Court of Appeals.

  e. Bradley M. Lown has not been the subject of any disciplinary actions in any jurisdictions described within the last five years.

  f. Bradley M. Lown has not been denied admission to the court of any state or federal court within the last five years.

  g. Bradley M. Lown agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this court so long as he is permitted to appear in this action.

  h. Bradley M. Lown will remain associated with R. Bradford Bailey for as long as he is permitted to appear in this action.

  i. R. Bradford Bailey certifies to this court that he finds Bradley M. Lown to be a reputable attorney and recommends to the court that the motion be granted.

          Local counsel

          */s/ R. Bradford Bailey*

Date: December 15, 2005  By: _____
          R. Bradford Bailey, Esquire
          Bar No. 549749


          Out of state counsel

          */s/ Bradley M. Lown*

Date: December 15, 2005  By: _____
          Bradley M. Lown, Esquire
          Coughlin, Rainboth, Murphy & Lown, PA
          439 Middle Street
          Portsmouth, NH 03801
          603/431-1993

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Julia Doz, | \* |
| | \*    Docket No. 05-11829 RWZ |
| Plaintiff | \* |
| vs. | \* |
| | \* |
| Stephen Daniuk, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF BRADLEY M. LOWN

1. My name is Bradley M. Lown. I am a licensed attorney with an office at 439 Middle Street, Portsmouth, New Hampshire, 03801. I have been retained by Stephen P. Daniuk to represent him in connection with matters involving the sale of real estate located in Maine and proceedings following the sale.

2. I am experienced litigation attorney with 20 years of experience representing plaintiffs and defendants before the courts.

3. In accordance with local rules, I have requested R. Bradford Bailey, a partner in my law firm of Coughlin, Rainboth, Murphy & Lown, PA to act as local counsel. Mr. Coughlin has a Massachusetts Bar number of 554527.

4. I have not applied to appear in any actions in the state or federal courts located in the Commonwealth of Massachusetts within the past two years.

5. I am licensed to practice in the State of New Hampshire and the State of Maine and I am a member in good standing of the bar of the U.S. District Court for the District of New Hampshire and the U.S. District Court for the District of Maine as well as the First Circuit Court of Appeals.

6. I have not been the subject of any disciplinary actions in any jurisdictions described within the last five years.

7. I have not been denied admission to the court of any state or federal court within the last five years.

8. I agree to become familiar with and abide by all rules of practice and professional conduct applicable in this court so long as I am permitted to appear in this action.

9. I will remain associated with R. Bradford Bailey for as long as I am permitted to appear in this action.

Signed under pains and penalties of perjury this 15th day of December, 2005.

/s/ Bradley M. Lown

---

Bradley M. Lown
Coughlin, Rainboth, Murphy & Lown, PA
439 Middle Street
Portsmouth, NH 03801
603/431-1993

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
**********************************
Julia Doz,                        *
                                  *   Docket No. 05-11829 RWZ
              Plaintiff           *
vs.                               *
                                  *
Stephen Daniuk,                   *
                                  *
              Defendant.          *
**********************************
```

### AFFIDAVIT OF R. BRADFORD BAILEY

1. My name is R. Bradford Bailey of Denner Associates, P.C., with an office at Four Longfellow Place, 35th Floor, Boston, MA 02114.

2. I am duly admitted to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts. I am a member in good standing of both the bar of the Commonwealth of Massachusetts and the Federal District of Massachusetts, and am also licensed to practice law in the State of New York and am admitted to practice in the United States Court of Appeals for the First Circuit.

3. I have not been the subject of any disciplinary actions in any of the jurisdictions described above in the last five years.

4. I have not been denied admission to the court of any state or federal court within the last five years.

5. I will remain associated with Bradley M. Lown as long as he is permitted to appear Pro Hac Vice in this court for the within case. If Bradley M. Lown is permitted to appear in the within case, he will do so under my auspices and supervision.

6. I certify to this court that I find Bradley M. Lown to be a reputable attorney and recommend to the court that the motion be allowed.

Signed under pains and penalties of perjury this the 15th day of December, 2005.

/s/ R. Bradford Bailey
_____
R. Bradford Bailey, Esquire
BBO #549749
Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

1