AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**Julia Doe, Plaintiff**

v.

**Stephen P. Daniuk, Defendant**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **05-11829 RWZ**

TO: (Name and address of Defendant)

Stephen P. Daniuk
20 Birch Drive
Newmarket, NH.
03857

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Colen Hannington
1 Longfellow Place, ste 3409
Boston, Mass
02114

an answer to the complaint which is served on you with this summons, within **twenty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK



DATE    SEP -8 2005

## Rockingham County Sheriff's Office
### CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

| | |
|---|---|
| Julia Doz<br><br>vs.<br><br>Stephen Daniuk | Docket Number: 05-11829RWZ<br>Sheriff File Number: 05011616 |

I, Deputy Sheriff Steve Warnock, Badge # 15 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 12/2/2005 at approximately 08:30 am, at 20 Birch Drive, Newmarket, NH 03857 served the within OOS Summons & Petition & Motion upon Stephen Daniuk, the defendant named herein, in the following manner.

PERSONAL SERVICE:

By delivering to and leaving with Stephen Daniuk personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: December 2, 2005

*Valerie Hammond* (Notary Public seal: VALERIE HAMMOND, MY COMMISSION EXPIRES FEB. 14, 2006, NOTARY PUBLIC, NEW HAMPSHIRE)

Steve Warnock                    15
Deputy Sheriff                   Badge Number