## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
***********************************
JULIA DOZ,                          *
                                    *    Docket No. 05-11829 RWZ
            Plaintiff               *
V.                                  *
                                    *
STEPHEN DANIUK,                     *
                                    *
            Defendant.              *
***********************************
```

## NOTICE OF APPEARANCE

Please enter the Appearance of R. Bradford Bailey, on behalf of Stephen Daniuk in the above-captioned civil case.

Dated:  January 4, 2006

Respectfully submitted,
STEPHEN DANIUK
By his attorney,

/s/ R. Bradford Bailey
_____
R. Bradford Bailey, Esq. BBO#549749
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800