UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-11829RWZ

_____
                           )
**JULIA DOZ,**            )
     **Plaintiff,**         )
                           )
**v.**                           )
                           )
**STEVEN P. DANIUK,**  )
     **Defendant.**       )
_____)

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY

     Now comes the plaintiff, Julia Doz, and hereby files her Opposition to the Defendant's Motion to Stay.

     In support of this Opposition, please see the accompany Affidavit of Attorney Glen Hannington.

                                                PLAINTIFF, JULIA DOZ

                                                By her Attorney,

                                                /S/ Glen Hannington
                                                Glen Hannington
                                                LAW OFFICES OF GLEN HANNINGTON
                                                One Longfellow Place, Suite 3409
                                                Boston, Massachusetts  02114
                                                TEL#:  617-725-2828
                                                BBO#:  635925