## CERTIFICATE OF SERVICE

      I, GLEN HANNINGTON, Attorney for the plaintiff, Julia Doz, hereby certify that the foregoing Plaintiff's Opposition to Defendant's Motion to Stay and Affidavit of Attorney Glen Hannington were served on Bradley Lown, Esquire, on this 24th day of March, 2006, in the manner specified herein:  electronically served through ECF.


                                    /S/ Glen Hannington  
                                    Glen Hannington, Esquire

Date: March 24, 2006